# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Bucklo, Elaine E**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Elaine E Bucklo [electronically signed on 05/10/2019 by Elaine E Bucklo in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

**/s/ null, Certifying Official [electronically signed on 08/06/2019 by null in JEFS]**

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | SELF-EMPLOYED THERAPIST | |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1 | George Mason University Law & Economics Center | 01/25/2018 - 01/28/2018 | Key Largo, FL | Judges Case Analysis Seminar | airfare, shuttle fees, lodging, meals |

# V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Mineral interests, ███████ | $1,001 - $2,500 | Royalty | $1 - $15,000 | Estimated | | | |
| Northern Trust Bank, cash account | $1,000 or less | Int./Div. | $50,001 - $100,000 | Cash Market | | | |

## Additional Information or Explanation